904

No. 1115. WIRTZ, SECRETARY OF LABOR *v.* LOCAL 153, GLASS BOTTLE BLOWERS ASSOCIATION OF THE UNITED STATES AND CANADA, AFL–CIO. C. A. 3d Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Sanders, Nathan Lewin, Alan S. Rosenthal, Robert V. Zener* and *Charles Donahue, Edward D. Friedman* and *James R. Beaird* for petitioner. *Albert K. Plone* for respondent.

No. 1117. WIRTZ, SECRETARY OF LABOR *v.* LOCAL UNION No. 125, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO. C. A. 6th Cir. Certiorari granted and case set for oral argument immediately following No. 1115. *Solicitor General Marshall, Assistant Attorney General Sanders, Nathan Lewin, Alan S. Rosenthal, Robert V. Zener* and *Charles Donahue* for petitioner. *Mortimer Riemer* for respondent.

No. 956, Misc. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Gerald W. Getty, Marshall J. Hartman* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 891. CORVALLIS SAND & GRAVEL CO. ET AL. *v.* HOISTING & PORTABLE ENGINEERS LOCAL UNION No. 701 ET AL. Sup. Ct. Ore. Certiorari denied. *James C. Dezendorf* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the United States, as *amicus curiae,* in opposition.